## UNITED STATES *versus* ELEVEN BARRELS WINE AND FOUR BARRELS FLOUR.

JOURNAL ENTRIES: (1) Sept. 23, 1824: libel filed, notice ordered published; (2) Oct. 9, 1824: proclamation made, evidence heard, property condemned, sale and notice of sale ordered; (3) Oct. 13, 1824: attendance of witness proved; (4) Oct. 15, 1824: attendance of witness allowed.
PAPERS IN FILE (1824): (1) Libel; (2) copy of notice and proof of posting; (3) precipe for subpoena; (4) subpoena; (5) published notice and proof of publication; (6) precipe for subpoena; (7) subpoena; (8) marshal's account of sale; (9) collector's receipt; (10) copy of order of sale and proof of sale; (11) United States attorney's receipt for fees; (12) letter—collector to clerk.
*File No.* 3 of 1824.

## UNITED STATES *versus* TWENTY-FIVE THOUSAND FEET PINE BOARDS, CLAIMED BY DANIEL BUXTON.

JOURNAL ENTRIES: (1) Oct. 8, 1824: claim made, appraisers appointed, report of appraisers filed; (2) Oct. 16, 1824: notice ordered published; (3) Sept. 26, 1825: proclamation made, no claim made; (4) Oct. 28, 1826: continued; (5) May 5, 1829: dismissed on motion of United States attorney.
PAPERS IN FILE (1824–25): (1) Claim of Daniel Buxton; (2) copy of order for appraisal, report of appraisers; (3) libel; (4) published notice and proof of publication; (5–6) printer's bills.
*File No.* 4 of 1824.

## UNITED STATES *versus* FIVE STRAIT BODIED COATS, TWELVE VESTS, ONE FROCK COAT, AND THREE PAIRS PANTALOONS.

JOURNAL ENTRIES: (1) Oct. 9, 1824: libel filed; (2) Oct. 16, 1824: notice ordered published; (3)

Sept. 26, 1825: proclamation made, property condemned, sale and notice of sale ordered; (4) Nov. 10, 1825: time for sale enlarged.
PAPERS IN FILE (1824–26): (1) Libel; (2) copy of notice to cross-examine witness and proof of service; (3) deposition of J. N. Bailey; (4) deposition envelope; (5) printer's bill; (6) copy of order of sale; (7) copy of order of sale and proof of sale; (8) account of sales; (9) letter— Robert Stuart to United States marshal.
*File No.* 5 of 1824.